**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS E. TACORONTE,**
    Plaintiff

v.        Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    Defendant.
_____/

**NATIONSTAR MORTGAGE, LLC'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, Nationstar Mortgage, LLC (**Defendant**) respectfully requests an extension of time until October 23, 2013, to respond to the Plaintiff, Jesus E. Tacoronte's (**Plaintiff**) Complaint [D.E. 1]. In support of this motion, Defendant states:

1. Plaintiff served Nationstar Mortgage, LLC, with his Complaint on September 18, 2013.

2. Akerman Senterfitt was recently retained as counsel for Defendant in this matter.

3. Additional time is required by Defendant's counsel to obtain and review all pertinent information and documentation in order to file a meaningful and substantive response to the Plaintiff's 67-Count, 92-Page Summons/Complaint.

4. Accordingly, Defendant requests that the time by which its response must be served be briefly extended up to and including October 23, 2013.

5. This motion is filed in good faith and not for delay or any other undue purpose.

**Certificate of Compliance with Local Rule 3.01(g)**

Defense counsel has conferred with counsel for Plaintiff, and Plaintiff has no objection to the relief requested herein.

**Memorandum of Law**

Pursuant to Federal Rules of Civil Procedure, 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ."  The reason for the motion, as stated above, sets forth good cause for the enlargement of time requested, and it is being made before the originally prescribed period expires.  The intent of this motion is not for purposes of delay, and granting it will not prejudice any party.

*Wherefore*, Defendant respectfully requests this Court enter an order allowing up to and including October 23, 2013, to file and serve its response to the Complaint.

**Dated: October 8, 2013**

Respectfully submitted,

**AKERMAN SENTERFITT**
Post Office Box 231
420 South Orange Avenue, Suite 1200
Orlando, FL  32802-0231
407-423-4000  phone
407-843-6610 fax

By: */s/ Lindsay J. Dykstra*

William P. Gray, Esq.
Fla. Bar No.  0983993
Primary E-mail:  bill.gray@akerman.com
Secondary E-mail:  patricia.blouin@akerman.com
Lindsay J. Dykstra, Esq.
Fla. Bar No.  0071729
Primary E-mail:  lindsay.dykstra@akerman.com
Secondary E-mail:  marilyn.saez@akerman.com
     -and-
William P. Heller, Esq.
Florida Bar No. 987263
Primary e-mail:  william.heller@akerman.com
Secondary e-mail: lorraine.corsaro@akerman.com
***Attorneys for Nationstar Mortgage, LLC***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **J. Marshall Gimore, Esq.** (mgilmore@mgilmorelaw.com), J. Marshall Gilmore, 1035 Lee Road, Suite 100, Winter Park, FL 32789.

                                                   */s/ Lindsay J. Dykstra*
                                                   Lindsay J. Dykstra, Esq.