UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS E. TACORONTE,

     Plaintiff,

v.                             Case No:  6:13-cv-1401-Orl-36TBS

NATIONSTAR MORTGAGE, LLC,

     Defendant.

_____

## ORDER

Pending before the Court is Nationstar Mortgage, LLC's Unopposed Motion for Extension of Time to Respond to Complaint.  (Doc. 5).  Pursuant to M.D. Fla. Local Rule 3.01(g), counsel for Defendant represent that they have conferred with Plaintiff's counsel, who has no objection to the motion.  Upon due consideration, the Court **GRANTS** Defendant's Motion.  Defendant shall answer, plead, or otherwise respond to Plaintiff's Complaint no later than October 23, 2013.

     **IT IS SO ORDERED.**

     **DONE** and **ORDERED** in Orlando, Florida on October 9, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record