UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE,**

      Plaintiff,

v.                                      Case No: 6:13-cv-1401-Orl-36TBS

**NATIONSTAR MORTGAGE, LLC,**

      Defendant.

### ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Orders (Docs. 3, 4) of September 13, 2013 directing counsel to review and certify compliance with Local Rule 1.04(d) and to file a Certificate of Interested Persons and Corporate Disclosure Statement. Therefore, it is

**ORDERED** that the Plaintiff shall **SHOW CAUSE** and file a response to said Orders within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions, pursuant to Local Rule 3.10(a).

**DONE** and **ORDERED** in Orlando, Florida, this 10th day of October 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Any Unrepresented Party