**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS E. TACORONTE**
    **Plaintiff**

Case No. 6:13-cv-1401-Orl-36TBS

-v-

**NATIONSTAR MORTGAGE, LLC**
    **Defendants**
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

J. Marshall Gilmore, Plaintiffs attorney of record as to attorney fees
1926 Lee Road, Suite 100
Winter Park, FL 32789

Otherwise, Unknown

2.) The name of every other entity whose public-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Unknown

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Unknown

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Jesus E. Tacoronte, Plaintiff herein

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this _14___ day of October, 2013

By : _s/ *J. Marshall Gilmore*_____

J. Marshall Gilmore, Esq.
Florida Bar No:  840181
Counsel for Plaintiff
1936 Lee Road, Suite 100
Winter Park, FL  32789
Phone 407 629-7322
Fax     407 599-3801
mgilmore@mgilmorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 14th day of October, 2013 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

_s/J. Marshall Gilmore_____

J. Marshall Gilmore, Esq.