UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE**
    **Plaintiff**

Case No. 6:13-cv-1401-Orl-36TBS-

v-

**NATIONSTAR MORTGAGE, LLC**
    **Defendants**

_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as

indicated below:

_____

_____

_____

_____

**X**___ IS NOT related to any pending or closed civil or criminal case filed with this Court,

or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:__October 14, 2013____

                  By : ___s/ J. Marshall Gilmore_____

                  J. Marshall Gilmore, Esq.
                  Florida Bar No: 840181
                  Counsel for Plaintiff

1936 Lee Road, Suite 100
Winter Park, FL  32789
Phone 407 937-8675/ (321) 591-9922
Fax     407 599-3801
mgilmore@mgilmorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 14th day of October, 2013 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

*_s/J. Marshall Gilmore*_____

J. Marshall Gilmore, Esq.