UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS E. TACORONTE

        **Plaintiff**

Case No. 6:13-cv-1401-Orl-36TBS

-v-

NATIONSTAR MORTGAGE, LLC

        **Defendant**

_____/

## RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff has now filed his Certificate of Interested Persons and Corporate Disclosure and Notice of Pendency of Other Actions in compliance with Rule 1.04(d) in response to the Court's Order to Show Cause ( Doc 8 ) herein.

Respectfully submitted this 14th, day of October, 2013

    By : __*s/ J. Marshall Gilmore*_____

    J. Marshall Gilmore, Esq.
    Florida Bar No: 840181
    Counsel for Plaintiff
    1936 Lee Road, Suite 100
    Winter Park, FL 32789
    Phone 407 937-8675
    Fax    407 599-3801
    mgilmore@mgilmorelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 14th day of October, 2013 electronically via Clerk of the Court by CM/ECF delivery to all parties of record.

    _*s/J. Marshall Gilmore*_____
    J. Marshall Gilmore, Esq.