UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE,**

      **Plaintiff,**

v.                                        **Case No: 6:13-cv-1401-Orl-36TBS**

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**

_____/

## **O R D E R**

This cause comes before the Court on the Court's Order to Show Cause, entered on October 10, 2013 (Doc. 8). On October 14, 2013, Plaintiff filed a Response to the Order to Show Cause and his Certificate of Interested Persons (Doc. 9) and Notice of Pendency and Related Cases (Doc. 10). Accordingly, the Court will take no further action on the Order to Show Cause and it is discharged.

**DONE AND ORDERED** in Orlando, Florida on October 16, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO:**
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY