**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS E. TACORONTE,**
    **Plaintiff**

v.                                                           Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    **Defendant.**
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    a. **All parties to this case;**
    b. **Defendant, Nationstar Mortgage, LLC ("Nationstar");**
    c. **Counsel for Defendant, Nationstar Mortgage, LLC, is: Akerman Senterfitt - William P. Heller, Esq.; William P. Gray, Esq.; and Lindsay J. Dykstra, Esq.**

    **Nationstar is a Delaware limited liability company with its principal place of business in Lewisville, Texas. Nationstar's members are Nationstar Sub1, LLC, and Nationstar Sub2, LLC. Nationstar Sub1, LLC, and Nationstar Sub2, LLC, are both wholly-owned subsidiaries of Nationstar Mortgage Holdings, Inc., a Delaware corporation which is publicly traded on the New York Stock Exchange under the symbol NSM. There is no publicly held corporation owning 10% or more of Nationstar's stock.**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: **N/A**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): **N/A**

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution: **N/A**

5. Check one of the following:

{27273613;1}

__X__   a.  I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____   b.  I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

DATED this 18th day of October, 2013.

Respectfully Submitted,

**AKERMAN SENTERFITT**

*/s/ Lindsay J. Dykstra*
**William P. Gray, Esq.**
Fla. Bar No. 0983993
Primary E-mail: bill.gray@akerman.com
Secondary E-mail: patricia.blouin@akerman.com
**Lindsay J. Dykstra, Esq.**
Fla. Bar No. 0071729
Primary E-mail: lindsay.dykstra@akerman.com
Secondary E-mail: marilyn.saez@akerman.com
Post Office Box 231
420 South Orange Avenue, Suite 1200
Orlando, FL 32802-0231
407-423-4000 phone
407-843-6610 fax
 - and –
**William P. Heller, Esq.**
Fla. Bar No. 0987263
Primary E-mail: william.heller@akerman.com
Secondary E-mail: lorraine.corsaro@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
954-463-2700 phone
954-463-2224 fax
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

*I hereby certify* that on the 18th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF filing system which will send a notice of electronic filing to all registered case participants, including: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), J. Marshall Gilmore, 1035 Lee Road, Suite 100, Winter Park, FL 32789.

*/s/ Lindsay J. Dykstra*
Lindsay J. Dykstra, Esq.

{27273613;1}