UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE,**
    Plaintiff

v.                                                          Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    Defendant.
_____/

## NATIONSTAR MORTGAGE, LLC'S
## UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendant, Nationstar Mortgage, LLC (**Nationstar**), respectfully requests a brief extension of time until October 25, 2013 (due to a power outage in undersigned counsel's office building) to respond to the Plaintiff, Jesus E. Tacoronte's (**Plaintiff**) Complaint [D.E. 1]. In support of this motion, Nationstar states:

1. Nationstar was granted an extension to respond to the Complaint up to and including October 23, 2013.

2. Counsel for Nationstar, Akerman Senterfitt's Orlando office has been without power since Sunday, October 20, 2013.

3. Accordingly, Nationstar requests that the time by which its response must be served be briefly extended up to and including October 25, 2013.

4. This motion is filed in good faith and not for delay or any other undue purpose pursuant to Federal Rules of Civil Procedure, 6(b)(1)(A).

### Certificate of Compliance with Local Rule 3.01(g)

Counsel for Nationstar has conferred with Plaintiff's counsel, and Plaintiff's counsel has no objection to the relief requested herein.

{27346743;1}

*Wherefore*, Nationstar respectfully requests this Court enter an order allowing up to and including October 25, 2013, to file and serve its response to the Complaint.

**Dated: October 22, 2013**

Respectfully Submitted,

**AKERMAN SENTERFITT**

*/s/ Lindsay J. Dykstra*
**William P. Gray, Esq.**
Fla. Bar No. 0983993
Primary E-mail: bill.gray@akerman.com
Secondary E-mail: patricia.blouin@akerman.com
**Lindsay J. Dykstra, Esq.**
Fla. Bar No. 0071729
Primary E-mail: lindsay.dykstra@akerman.com
Secondary E-mail: marilyn.saez@akerman.com
Post Office Box 231
420 South Orange Avenue, Suite 1200
Orlando, FL 32802-0231
407-423-4000 phone
407-843-6610 fax
 - and –
**William P. Heller, Esq.**
Fla. Bar No. 0987263
Primary E-mail: william.heller@akerman.com
Secondary E-mail: lorraine.corsaro@akerman.com
Las Olas Centre II
350 East Las Olas Blvd., Suite 1600
Ft. Lauderdale, FL 33301
954-463-2700 phone
954-463-2224 fax
*Counsel for Nationstar Mortgage, LLC*

### CERTIFICATE OF SERVICE

*I hereby certify* that on the 22nd day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF filing system which will send a notice of electronic filing to all registered case participants, including: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), J. Marshall Gilmore, 1035 Lee Road, Suite 100, Winter Park, FL 32789.

*/s/ Lindsay J. Dykstra*
Lindsay J. Dykstra, Esq.

{27346743;1}