UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS E. TACORONTE,

    Plaintiff,

v.                                Case No: 6:13-cv-1401-Orl-36TBS

NATIONSTAR MORTGAGE, LLC,

    Defendant.

## ORDER

Pending before the Court is Nationstar Mortgage, LLC's Unopposed Motion for Brief Extension of Time to Respond to Complaint. (Doc. 14). Pursuant to M.D. Fla. Local Rule 3.01(g), counsel for Defendant represents that she has conferred with Plaintiff's counsel, who has no objection to the motion. Upon due consideration, Defendant's Motion is **GRANTED**. Defendant shall answer, plead, or otherwise respond to Plaintiff's Complaint no later than October 25, 2013.

**IT IS SO ORDERED.**

**DONE** and **ORDERED** in Orlando, Florida on October 23, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record