**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS E. TACORONTE,**
    Plaintiff

v.                                     Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    Defendant.
_____/

## NOTICE OF MEDIATION

**PLEASE TAKE NOTICE** that mediation has been coordinated and scheduled in the above-referenced case as set forth below:

    **DATE:**        Friday, May 9, 2014

    **TIME:**        1:30 p.m. EST

    **PLACE:**      **Fraxedas Mediation Firm**
                    **500 Winderley Place, Suite 222**
                    **Maitland, FL  32751**
                    **407-661-5757**

    **MEDIATOR:**  **J. Joaquin Fraxedas, Esq.**
                    **Fraxedas Mediation Firm**
                    **500 Winderley Place, Suite 222**
                    **Maitland, FL  32751**
                    **407-661-5757**

**Dated: May 2, 2014**

                                                    Respectfully Submitted,

                                                      **AKERMAN LLP**

                                                       /s/  Lindsay J. Dykstra
                                                      **William P. Gray, Esq.**
                                                      Fla. Bar No.  0983993
                                                      Primary E-mail:  bill.gray@akerman.com
                                                      Secondary E-mail:  patricia.blouin@akerman.com
                                                      **Lindsay J. Dykstra, Esq.**
                                                      Fla. Bar No.  0071729
                                                      Primary E-mail:  lindsay.dykstra@akerman.com
                                                      Secondary E-mail:  marilyn.saez@akerman.com

{28573628;1}

        Post Office Box 231
        420 South Orange Avenue, Suite 1200
        Orlando, FL  32802-0231
        407-423-4000  phone
        407-843-6610  fax
         - and –
        **William P. Heller, Esq.**
        Fla. Bar No.  0987263
        Primary E-mail:  william.heller@akerman.com
        Secondary E-mail:  lorraine.corsaro@akerman.com
        Las Olas Centre II
        350 East Las Olas Blvd., Suite 1600
        Ft. Lauderdale, FL 33301
        954-463-2700  phone
        954-463-2224  fax
        *Counsel for Nationstar*

## CERTIFICATE OF SERVICE

*I hereby certify* that on the **2nd day of May, 2014**, a true and correct copy of the foregoing was sent via e-mail to: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), 1035 Lee Road, Suite 100, Winter Park, FL 32789; and **J. Joaquin Fraxedas, Esq.** (fraxmediation@gmail.com), Fraxedas Mediation Firm, 500 Winderley Place, Suite 222, Maitland, FL  32751.

        */s/ Lindsay J. Dykstra*
        Lindsay J. Dykstra, Esq.