**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS E. TACORONTE,**
  Plaintiff

v.  Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
  Defendant.
_____/

## JOINT STIPULATION REGARDING THE CASE MANAGEMENT AND SCHEDULING ORDER

The Parties, hereby jointly request and stipulate to the following amendment to the Case Management and Scheduling Order:

| Stipulation as to: | Current Deadline | Revised Deadline |
|---|---|---|
| **Disclosure of Expert Reports** | Plaintiff:  May 5, 2014<br>Defendant:  June 2, 2014 | **Plaintiff: June 19, 2014**<br>**Defendant: July 17, 2014** |
| **Discovery Deadline** | July 1, 2014 | **August 15, 2014** |

Given the May 9, 2014 mediation date, the Parties stipulate to an extension of the time for Defendant, Nationstar Mortgage, LLC (**Defendant**), to respond to the Plaintiff's Motion to Compel Production of Documents or, in the alternative, for an *In Camera* Inspection of Documents by May 16, 2014.

| | |
|---|---|
| Dated: May 2, 2014 | Dated: April 28, 2014 |
| */s/  J. Marshall Gilmore* | */s/  Lindsay J. Dykstra* |
| J. Marshall Gilmore | **William P. Gray, Esq.** |
| Florida Bar No.: 840180 | Fla. Bar No.  0983993 |
| mgilmore@gilmorelaw.com | bill.gray@akerman.com |
| J. MARSHALL GILMORE, P.A. | **Lindsay J. Dykstra, Esq.** |
| Beachway Professional Center Tower | Fla. Bar No.  0071729 |
| 1936 Lee Road, Suite 100 | lindsay.dykstra@akerman.com |
| Winter Park, FL 32789 | Post Office Box 231 |
| 407-937-8675 phone | 420 South Orange Avenue, Suite 1200 |
| 407-599-3801 fax | Orlando, FL  32802-0231 |
| *Counsel for Plaintiff* | 407-423-4000  phone |
| | 407-843-6610  fax |
| | *Counsel for Nationstar* |

{28587672;1}

**CERTIFICATE OF SERVICE**

  *I hereby certify* that on the **2nd day of May, 2014,** I electronically filed the foregoing with the Clerk of the Court using the ECF filing system which will send a notice of electronic filing to all registered case participants, including: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), J. Marshall Gilmore, 1936 Lee Road, Suite 100, Winter Park, FL 32789.

             */s/ Lindsay J. Dykstra*
             Lindsay J. Dykstra, Esq.