UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE,**
    **Plaintiff**

v.                Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    **Defendant.**
_____/

## AGREED MOTION REGARDING THE CASE MANAGEMENT AND SCHEDULING ORDER IN ADDITION TO EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendant, Nationstar Mortgage, LLC (**Nationstar**), respectfully requests the Court enter an order revising the Disclosure of Expert Reports Deadline and the Discovery Deadline. In addition, Nationstar respectfully requests additional time to respond to Plaintiff's Motion to Compel Production of Documents, or, in the alternative, for an *In Camera* Inspection of Documents (**Motion to Compel**). Plaintiff, Jesus E. Tacaronte (**Plaintiff**), does not object to this motion. In support, Nationstar states:

1. On November 26, 2013, this Court entered a Case Management and Scheduling Order that set certain deadlines for the disclosure of expert reports and discovery.

2. The Parties have diligently been working to attempt to bring this matter to a close, and have scheduled a mediation for May 9, 2014.

3. In light of a possible settlement of this matter, the Parties respectfully request an amendment to the Case Management and Scheduling Order as follows:

| Case Management and Scheduling Order | Current Deadline | Revised Deadline |
|---|---|---|
| **Disclosure of Expert Reports** | Plaintiff: May 5, 2014<br>Defendant: June 2, 2014 | **Plaintiff: June 19, 2014**<br>**Nationstar: July 17, 2014** |
| **Discovery Deadline** | July 1, 2014 | **August 15, 2014** |

4. Given the May 9, 2014 mediation date, the Parties also move to extend the time for Nationstar, to respond to Plaintiff's Motion to Compel by May 16, 2014.

5. The Parties have been discussing the issue of the necessity for a response to the Motion to Compel in light of the arrangements they have made for a mediation which is set for May 9, 2014. The Defendant additionally has been attempting to resolve the issues raised by the Motion to Compel, and produced to Plaintiff records pertaining to the calls made to the Plaintiff by the Defendant in this action. Given these efforts and the near proximity of the mediation, a response to the Motion to Compel may not be necessary if the case is settled at the mediation.

6. Further, the Akerman partner supervising this file will be out of the office on a business trip to California returning to Orlando late in the evening on Wednesday, May 7, 2014, which is the day after the response to the Motion to Compel would otherwise be due to be filed in this action.

7. This request will not harm the Parties nor affect other case deadlines or the trial date.

8. Additionally, the Parties' request will save the Court potentially unnecessary judicial labor, and the Parties, time and expense.

*Wherefore*, the Parties respectfully request this Court enter an order revising the Disclosure of Expert Reports Deadline to June 19, 2014 (Plaintiff), and July 17, 2014 (Defendant); the Discovery Deadline to August 15, 2014; and allowing up to and including May 16, 2014, for Nationstar to file and serve its response to the Motion to Compel.

| | |
|---|---|
| **Dated: May 5, 2014** | **Dated: May 5, 2014** |
| /s/ J. Marshall Gilmore | /s/ Lindsay J. Dykstra |
| J. Marshall Gilmore | **William P. Gray, Esq.** |
| Florida Bar No.: 840180 | Fla. Bar No. 0983993 |
| mgilmore@gilmorelaw.com | bill.gray@akerman.com |
| J. MARSHALL GILMORE, P.A. | **Lindsay J. Dykstra, Esq.** |
| Beachway Professional Center Tower | Fla. Bar No. 0071729 |
| 1936 Lee Road, Suite 100 | lindsay.dykstra@akerman.com |
| Winter Park, FL 32789 | Post Office Box 231 |

{28625178;1}

| | |
|---|---|
| 407-937-8675 phone | 420 South Orange Avenue, Suite 1200 |
| 407-599-3801 fax | Orlando, FL  32802-0231 |
| *Counsel for Plaintiff* | 407-423-4000  phone |
| | 407-843-6610  fax |
| | *Counsel for Nationstar* |

## CERTIFICATE OF SERVICE

*I hereby certify* that on the **5th day of May, 2014,** I electronically filed the foregoing with the Clerk of the Court using the ECF filing system which will send a notice of electronic filing to all registered case participants, including: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), J. Marshall Gilmore, 1936 Lee Road, Suite 100, Winter Park, FL 32789.

                                                */s/ Lindsay J. Dykstra*
                                                Lindsay J. Dykstra, Esq.

{28625178;1}