UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JESUS E. TACORONTE,

    Plaintiff,

v.                                                                   Case No. 6:13-cv-1401-Orl-36TBS

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

## ORDER

Pending before the Court is Defendant Nationstar Mortgage, LLC's Agreed Motion Regarding the Case Management and Scheduling Order in Addition to Extension of Time to Respond to Plaintiff's Motion to Compel (Doc. 25). The parties are asking the Court to extend the deadlines for disclosure of their expert witness reports, completion of all discovery, and the filing of Defendant's response to Plaintiff's pending motion to compel. As grounds, they say they hope to settle this case at mediation on May 9, 2014. The motion is due to be GRANTED in part and DENIED in part.

The Case Management and Scheduling Order (Doc. 19) ("CMSO") set a May 5, 2014 deadline for the disclosure of Plaintiff's expert reports and a June 2, 2014 deadline for the disclosure of Defendant's expert reports. The deadline to complete all discovery is July 1, 2014. (Id.). The parties are requesting a more than six week extension of these deadlines. The grounds offered by the parties do not warrant the extensions of time they are requesting. Accordingly, taking into account the possibility of settlement, the CMSO is amended to provide the following new deadlines:

      Disclosure of Plaintiff's Expert Reports: May 30, 2014

      Disclosure of Defendant's Expert Reports: June 23, 2014

      Discovery Deadline: July 22, 2014

The deadline for Defendant's response to Plaintiff's motion to compel is extended to May 16, 2014.

The parties may not cite the granting of these extensions in support of a motion to extend another date or deadline.

DONE AND ORDERED in Orlando, Florida, on May 6, 2014.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel