UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JESUS E. TACORONTE,**
    Plaintiff

v.   Case No. 6:13-cv-01401-CEH-TBS

**NATIONSTAR MORTGAGE, LLC,**
    Defendant.
_____/

## AMENDED NOTICE OF MEDIATION
*(Change of Place Only)*

**PLEASE TAKE NOTICE** that mediation has been coordinated and scheduled in the above-referenced case as set forth below:

| | |
|---|---|
| **DATE:** | Friday, May 9, 2014 |
| **TIME:** | 1:30 p.m. EST |
| **PLACE:** | **AKERMAN LLP**<br>**420 South Orange Avenue**<br>**Suite 1200**<br>**Orlando, FL  32801**<br>**407-423-4000** |
| **MEDIATOR:** | **J. Joaquin Fraxedas, Esq.**<br>**Fraxedas Mediation Firm**<br>**500 Winderley Place, Suite 222**<br>**Maitland, FL  32751**<br>**407-661-5757** |

**Dated: May 6, 2014**

    Respectfully Submitted,

    **AKERMAN LLP**

    */s/  Lindsay J. Dykstra*
    **William P. Gray, Esq.**
    Fla. Bar No.  0983993
    Primary E-mail:  bill.gray@akerman.com
    Secondary E-mail:  patricia.blouin@akerman.com
    **Lindsay J. Dykstra, Esq.**
    Fla. Bar No.  0071729

{28630402;1}

        Primary E-mail: lindsay.dykstra@akerman.com
        Secondary E-mail: marilyn.saez@akerman.com
        Post Office Box 231
        420 South Orange Avenue, Suite 1200
        Orlando, FL 32802-0231
        407-423-4000 phone
        407-843-6610 fax
        - and –
        **William P. Heller, Esq.**
        Fla. Bar No. 0987263
        Primary E-mail: william.heller@akerman.com
        Secondary E-mail: lorraine.corsaro@akerman.com
        Las Olas Centre II
        350 East Las Olas Blvd., Suite 1600
        Ft. Lauderdale, FL 33301
        954-463-2700 phone
        954-463-2224 fax
        *Counsel for Nationstar*

## CERTIFICATE OF SERVICE

    *I hereby certify* that on the **6th day of May, 2014**, a true and correct copy of the foregoing was sent via e-mail to: **J. Marshall Gilmore, Esq.** (mgilmore@mgilmorelaw.com), 1035 Lee Road, Suite 100, Winter Park, FL 32789; and **J. Joaquin Fraxedas, Esq.** (fraxmediation@gmail.com), Fraxedas Mediation Firm, 500 Winderley Place, Suite 222, Maitland, FL 32751.

        */s/ Lindsay J. Dykstra*
        Lindsay J. Dykstra, Esq.