IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-cv-01401-CEH-TBS

JESUS E. TACORONTE,

    Plaintiff,

v.

NATIONSTAR MORTGAGE,LLC

    Defendant.
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on May 9, 2014. All parties, and corporate representatives attended and participated in the mediation conference and each possessed the requisite settlement authority.

The outcome of the mediation conference was: **COMPLETELY SETTLED**

Done this 14th day of May, 2014 in Maitland, Florida.

                                                S/ J. Joaquin Fraxedas
                                                J. Joaquin Fraxedas, Esq.
                                                Fla. Bar#0199044
                                                Fraxedas Mediation Firm
                                                500 Winderley Place, Ste 222
                                                Maitland, Florida 32751
                                                Tel. 407-661-5757

Copies to: Counsel of record electronically via ECF